In the Matter of the Claim of NAN W. THEYKEN, Respondent, against DIPLOMAT PRODUCTS, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*Jeremiah F. Connor* for appellants.

*Carl J. Heyser* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.